upon which the father's ineffective assistance contention is based, namely, that Family Court would have been required to stay these proceedings due to the pendency of his criminal appeal had his attorney simply moved for such relief. As such, the father's attorney "cannot be deemed ineffective for [having] fail[ed] to make a motion . . . that [wa]s unlikely to [have] be[en] successful" (*Matter of Jamaal NN.*, 61 AD3d 1056, 1058 [2009], *lv denied* 12 NY3d 711 [2009]; *see Matter of Kenneth L. [Michelle B.]*, 92 AD3d 1245, 1246 [2012]). Furthermore, during the dispositional phase of the Family Court proceedings, the father's attorney unequivocally stated that the father did not oppose the termination of his parental rights. Thus, the "allegation that counsel's failure to [seek a stay] was an error—as opposed to a strategic decision made by counsel not to pursue the matter—is speculative" (*Matter of Kilmartin v Kilmartin*, 44 AD3d 1099, 1104 [2007]; *see Matter of Katherine D. v Lawrence D.*, 32 AD3d 1350, 1351-1352 [2006], *lv denied* 7 NY3d 717 [2006]; *Matter of Brian S.M.*, 309 AD2d 1224, 1225 [2003]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of DESIREE R.B., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DANIEL B., JR., Appellant. (Appeal No. 2.) [958 NYS2d 643]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered August 10, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Daltun A.B.* (103 AD3d 1181 [2013]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of DYLAN A.B., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DANIEL B., JR., Appellant. (Appeal No. 3.) [958 NYS2d 641]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered August 10, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Daltun A.B.* (103 AD3d 1181 [2013]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.